IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Case No.  03-cv-01993-PSF-BNB

MARIA CRISTINA RYAN and
ALLAN A. RYAN IV,

      Plaintiffs,

v.

VAIL SUMMIT RESORTS, INC., a Colorado corporation and
STUART WYMAN, individually,

      Defendants.

---

### ORDER SETTING CASE FOR TRIAL
---

The above-captioned matter has been scheduled for a **six-day jury trial** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **January 16, 2006 at 1:30 p.m.**

A Final Trial Preparation Conference is set for **January 6, 2006 at 9:00 a.m.** The parties are expected to be fully prepared for trial at that time.  **Lead counsel who will try the case shall attend.**

      DATED:  September 12, 2005

                                                        BY THE COURT:

                                                        s/ Phillip S. Figa
                                                        _____
                                                        Phillip S. Figa
                                                        United States District Judge