IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-01993-PSF-BNB

MARIA CRISTINA RYAN and
ALLAN R. RYAN, IV,

Plaintiffs,

v.

THE VAIL CORPORATION, a Colorado corporation, and
STUART WYMAN, individually,

Defendants.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **November 2, 2005**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated October 19, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge