IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Case No.  03-cv-01993-PSF-BNB

MARIA CRISTINA RYAN and
ALLAN A. RYAN IV,

    Plaintiffs,

v.

VAIL SUMMIT RESORTS, INC., a Colorado corporation and
STUART WYMAN, individually,

    Defendants.

## ORDER RE DISMISSAL

The parties' Joint Stipulated Motion for Dismissal of Litigation With Prejudice (Dkt. # 82) is GRANTED.  It is hereby

ORDERED that the above-captioned civil action is DISMISSED, with prejudice, each party to pay his, her or its own costs.

DATED: October 31, 2005

                              BY THE COURT:

                              s/ Phillip S. Figa
                              _____
                              Phillip S. Figa
                              United States District Judge